■ TONIANNE CARRANO, Appellant, v MICHAEL CARRANO, Respondent. [919 NYS2d 376]—

No appeal lies from an order denying a motion for resettlement of the decretal paragraphs of a judgment (*see Vogelgesang v Vogelgesang*, 71 AD3d 1131 [2010]; *Celauro v Celauro*, 286 AD2d 471 [2001]; *Schanback v Schanback*, 159 AD2d 498, 500 [1990]; *Blaustein v Blaustein*, 145 AD2d 591 [1988]). Skelos, J.P., Balkin, Austin and Sgroi, JJ., concur.